# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **23–12237 – DER**    Chapter: **11**    Adversary No.: **24–00120**

**ESCO, Ltd.**
Debtor

**ESCO, Ltd. Liquidating Trust**
Plaintiff

vs.

**Greg Greenberg, et al.**
Defendants

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held on 8/28/24 at 02:00 PM in Courtroom 9–D, Baltimore – Judge Rice to consider and act upon the following:

9 – Defendants' Motion to Dismiss Filed by Amanda Greenberg , Beth Greenberg , Greg Greenberg , Theodore Greenberg , Greenberg Family 2012 Irrevocable Trust No. 1 , Greenberg Family 2012 Irrevocable Trust No. 2 , Greenberg Family 2012 Irrevocable Trust No. 3 , Greenberg Family 2012 Irrevocable Trust No. 4 , Greenberg Family 2012 Irrevocable Trust No. 5 , Tiffany Shade . (Cumberland, Erica)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/30/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 06/08/2020)