# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | (Chapter 11) |
| ESCO, LTD., | Case No. 23-12237 (DER) |
| Debtor. | |
| ESCO, LTD. LIQUIDATING TRUST, | Adv. Pro. No. 24-00120 |
| Plaintiff, | |
| v. | |
| GREG GREENBERG, THEODORE GREENBERG, BETH GREENBERG, GREENBERG FAMILY 2012 IRREVOCABLE TRUST NO. 1, GREENBERG FAMILY 2012 IRREVOCABLE TRUST NO. 2, GREENBERG FAMILY 2012 IRREVOCABLE TRUST NO. 3, GREENBERG FAMILY 2017 IRREVOCABLE TRUST NO. 4, GREENBERG FAMILY 2017 IRREVOCABLE TRUST NO. 5, AMANDA GREENBERG, AND TIFFANY SHADE, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff ESCO, Ltd. Liquidating Trust hereby gives notice that the above captioned action is voluntarily dismissed with prejudice against all Defendants.

66033/0001-49752373v1

2

Dated: Baltimore, MD
       April 1, 2025

/s/ *Gary H. Leibowitz*
Gary H. Leibowitz (Bar No. 24717)
**COLE SCHOTZ P.C.**
1201 Wills Street, Suite 320
Baltimore, MD 21031
Tel: (410) 528-2971
Fax: (410) 230-0667
Email: gleibowitz@coleschotz.com

James S. Carr (admitted *pro hac vice*)
Levi M. Downing (admitted *pro hac vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: jcarr@kelleydrye.com
       ldowning@kelleydrye.com

*Counsel to Plaintiff The ESCO, Ltd. Liquidating Trust*